IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| SAMANTHA WRIGHT, as Personal Representative of the Estate Of Ellen Taylor, | * * * * | |
| Plaintiffs, | * * | |
| v. | * * | CV 114-230 |
| MCG HEALTH, INC. and JAY RADHAKRISHNAN, M.D., | * * * | |
| Defendants. | * | |

**O R D E R**

This matter is before the Court on Plaintiff's motion to dismiss Defendant Jay Radhakrishnan, M.D. as an improper party pursuant to Federal Rule of Civil Procedure 41(a)(2). (Doc. 15.) Upon Ms. Wright's concession that Dr. Radhakrishnan is immune from suit and with Dr. Radhakrishnan's consent (see id. at 1), the Court **GRANTS** Plaintiff's motion and **DISMISSES WITHOUT PREJUDICE** all claims against Dr. Radhakrishnan in this matter. The Clerk **SHALL TERMINATE** Jay Radhakrishnan, M.D. as a named defendant and all deadlines and motions pertaining to him, including Dr. Radhakrishnan's pending motion to dismiss (Doc. 11). Each party shall bear its own costs and attorney's fees.

**ORDER ENTERED** at Augusta, Georgia, this 25th day of March, 2015.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA