IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| SAMANTHA WRIGHT, as Personal Representative of the Estate Of Ellen Taylor, | * * * * | |
| Plaintiff, | * * | |
| v. | * * | CV 114-230 |
| MCG HEALTH, INC., | * * | |
| Defendant. | * | |

**O R D E R**

Now before the Court is Plaintiff's Motion to Dismiss this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). (Doc. 18.) Upon Plaintiff's representation that she has re-filed her claims in the Superior Court of Richmond County, Georgia and with Defendant's consent, the Court **GRANTS** the motion and **DISMISSES WITHOUT PREJUDICE** all of Plaintiff's claims. The Clerk **SHALL TERMINATE** all motions and deadlines and **CLOSE** the case. Each party shall bear its own costs and attorney's fees.

**ORDER ENTERED** at Augusta, Georgia, this 16th day of April, 2015.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA